UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEI AHL BEY ALSO KNOWN AS
KEIONN AUSBY,

                            Plaintiff,                    25-CV-10255 (LTS)

              -against-                                   ORDER OF DISMISSAL

KEN SCATTERGOOD, ET AL,

                            Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action, under 42 U.S.C. § 1983, alleging

that Defendants violated his federally protected rights. The Court dismisses the complaint

without prejudice for the following reasons.

Plaintiff has previously submitted the identical complaint to this court, although without

the attachments, and that matter is pending under docket number 25-CV-6633 (LTS). A plaintiff

generally has no right to maintain multiple actions "involving the same subject matter at the

same time in the same court and against the same defendant." *Adams v. Calif. Dep't of Health

Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553

U.S. 880, 904 (2008) (internal quotation marks omitted). District courts thus have discretion to

dismiss a later-filed action that is duplicative of proceedings already before it. *Id.*; *see also

Humphrey v. Ct. Clerk ex rel. U.S. Sup. Ct.*, No. 5:11-CV-0938, 2012 WL 264603, at *3

(N.D.N.Y. Jan. 30, 2012) (holding that "dismissal of an action as duplicative has been found to

fall within the ambit of the Court's power to dismiss a complaint . . . pursuant to 28 U.S.C.

§ 1915(e)").

As this complaint raises the same claims that area already pending against the same

Defendants, no useful purpose would be served by litigating this duplicate lawsuit. Therefore,

this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-6633 (LTS). Because there are attachments to this complaint that are not included with the amended complaint filed in No. 25-CV-6633, the Court directs the Clerk of Court to docket the complaint in this case, ECF 1, as an amended complaint in No. 25-CV-6633.

### CONCLUSION

Plaintiff's complaint is dismissed as duplicative of his complaint in the action under docket number 25-CV-6633 (LTS). The Court directs the Clerk of Court to docket the complaint in this case, ECF 1, as an amended complaint in in the action under docket number 25-CV-6633 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    December 11, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2